UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff<br><br>　　　v.<br><br>PATRICK J. COOK a/k/a PATRICK J. COOK JR.,<br>　　　　　　　　　　Defendant | No. 15-05100<br><br>**FILED**<br>**MAR 0 1 2016**<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep Clerk |

**DEFAULT JUDGMENT**

AND NOW, this __29th__ day of __FEBRUARY__, 2016, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Thomas I,. Puleo, Esquire, that the Complaint in the above-captioned action was filed in the Court on Friday, September 11, 2015 and, after due service of process on Defendant, PATRICK J. COOK a/k/a PATRICK J. COOK JR., according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, PATRICK J. COOK a/k/a PATRICK J. COOK JR., in the amount of $13,266.41. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date:

　　　　　　　　　　　　　　　　　　　　~~Clerk~~, United States District Court
　　　　　　　　　　　　　　　　　　　　Eastern District of Pennsylvania

　　　　　　　　　　　　　　　By:　_Joel Hornsby_　J.
　　　　　　　　　　　　　　　　　~~Deputy Clerk~~

**ENTERED**
**MAR 0 1 2016**
**CLERK OF COURT**